Inasmuch as no objection is pending at this time, the stay is lifted.

APR 21 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
APR 24 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
APR - 3 2008
FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION — MDL No. 1842

(SEE ATTACHED SCHEDULE)

Civ 08-1326 (DMC)

**CONDITIONAL TRANSFER ORDER (CTO-18)**

On June 22, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 493 F.Supp.2d 1371 (J.P.M.L. 2007). Since that time, 571 additional actions have been transferred to the District of Rhode Island. With the consent of that court, all such actions have been assigned to the Honorable Mary M. Lisi.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M. Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

A CERTIFIED TRUE COPY
APR 21 2008
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Attest to
True Copy
DAVID A. DiMARZIO
By Paulette J. Duke
Deputy Clerk

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** MDL No. 1842

**SCHEDULE CTO-18 - TAG-ALONG ACTIONS**

| DIST. DIV. C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|
| FLORIDA MIDDLE | | |
| FLM 8 08-487 | Magdi Mahfouz v. Davol, Inc., et al. | CA 08-2446 |
| FLM 8 08-488 | Jacqueline Wessler v. Davol, Inc., et al. | CA 08-2447 |
| MINNESOTA | | |
| MN 0 08-838 | Coralee Campbell v. Davol, Inc., et al. | CA 08-2448 |
| MN 0 08-839 | Otto Baumgartner v. Davol, Inc., et al. | CA 08-2449 |
| MN 0 08-840 | Sharon E. Sultz v. Davol, Inc., et al. | CA 08-2450 |
| MN 0 08-841 | Robert A. Gardner v. Davol, Inc., et al. | CA 08-2451 |
| NORTH CAROLINA MIDDLE | | |
| NCM 1 08-170 | William Billings v. Davol, Inc., et al. | CA 08-2452 |
| NORTH CAROLINA WESTERN | | |
| NCW 1 08-84 | Dennis Wilcox, et al. v. Davol, Inc., et al. | CA 08-2453 |
| NEW JERSEY | | |
| NJ 2 08-1326 | Bette Rae Bricker v. Davol, Inc., et al. | CA 08-2454 |
| NEW YORK EASTERN | | |
| NYE 1 08-1117 | Steve Borkowski, et al. v. Davol, Inc., et al. | CA 08-2455 |
| OHIO NORTHERN | | |
| OHN 3 08-687 | Dawn Moring v. C.R. Bard, Inc., et al. | CA 08-2456 |
| OHN 5 08-738 | Marian Pamplin v. Davol, Inc., et al. | CA 08-2457 |
| OKLAHOMA WESTERN | | |
| OKW 5 08-281 | Kraig Valedez v. Bard, Inc. | CA 08-2458 |
| PENNSYLVANIA EASTERN | | |
| PAE 2 08-1209 | Marla J. Hale, et al. v. C.R. Bard, Inc., et al. | CA 08-2459 |
| PAE 2 08-1210 | Delories L. Martinez, et al. v. C.R. Bard, Inc., et al. | CA 08-2460 |
| PAE 2 08-1211 | Luisa Hocevar, et al. v. C.R. Bard, Inc., et al. | CA 08-2461 |
| TENNESSEE EASTERN | | |
| ~~TNE 3 08-90~~ | ~~Homer McDowell v. Davol, Inc., et al.~~ Opposed 4/16/08 | |
| TNE 3 08-98 | Linda Ellison, et al. v. C.R. Bard, Inc., et al. | CA 08-2462 |

**MDL No. 1842 - Schedule CTO-18 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | | | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|---|---|
| TENNESSEE MIDDLE | | | | |
| TNM | 3 | 08-301 | Hugh French, et al. v. Davol, Inc., et al. | CA 08-2463 |
| TEXAS SOUTHERN | | | | |
| TXS | 4 | 07-4332 | Mabel Y. Taylor v. Davol, Inc. | CA 08-2464 |
| TXS | 4 | 08-915 | John Boney v. Davol, Inc., et al. | CA 08-2465 |
| TXS | 4 | 08-916 | Robert Bostwick v. Davol, Inc., et al. | CA 08-2466 |
| TXS | 4 | 08-917 | Leslie Darr v. Davol, Inc., et al. | CA 08-2467 |
| TXS | 4 | 08-918 | Peter Cannetti v. Davol, Inc., et al. | CA 08-2468 |
| TXS | 4 | 08-919 | Rebecca Chacon v. Davol, Inc., et al. | CA 08-2469 |
| TXS | 4 | 08-920 | Ernest Dudas v. Davol, Inc., et al. | CA 08-2470 |
| TXS | 4 | 08-921 | Hazel Lane v. Davol, Inc., et al. | CA 08-2471 |
| TXS | 4 | 08-922 | Lora Johnson v. Davol, Inc., et al. | CA 08-2472 |
| TXS | 4 | 08-923 | Christina McClusky v. Davol, Inc., et al. | CA 08-2473 |
| TXS | 4 | 08-924 | Linda Silkwood v. Davol, Inc., et al. | CA 08-2474 |
| TXS | 4 | 08-926 | Charlotte Wray v. Davol, Inc., et al. | CA 08-2475 |
| TXS | 4 | 08-927 | Roberta Marsolek v. Davol, Inc., et al. | CA 08-2476 |

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

**INVOLVED COUNSEL LIST (CTO-18)**

David Willis Alexander
WILLIAMS KHERKHER HART BOUNDAS LLP
8441 Gulf Freeway
Suite 600
Houston, TX 77017

F. Laurens Brock
CHAMBLISS BAHNER & STOPHEL PC
1000 Tallan Building
Two Union Square
Chattanooga, TN 37402-2500

Andrew L. Colocotronis
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
900 South Gay Street
2200 Riverview Tower
P.O. Box 1792
Knoxville, TN 37901-1792

Ernest Cory
CORY WATSON CROWDER & DEGARIS PC
2131 Magnolia Avenue
Suite 200
Birmingham, AL 35209

Lambert D. Dunn, Jr.
6303 North Portland Avenue
Suite 300
Oklahoma City, OK 73112

Adam Arthur Edwards
COLEMAN & EDWARDS
4800 Old Kingston Pike
Suite 120
Knoxville, TN 37919

Daniel N. Gallucci
RODANAST PC
801 Estelle Drive
Lancaster, PA 17601

Dana Alan Gausepohl
SPRIGGS & HOLLINGSWORTH
1350 I Street, NW
9th Floor
Washington, DC 20005

Kirby T. Griffis
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Suite 900
Washington, DC 20005

Richard D. Hash
LAW OFFICE OF R D HASH
211 Ellis Avenue
Maryville, TN 37804

Stephanie Hatzakos
MILBERG WEISS LLP
One Pennsylvania Plaza
Suite 4915
New York, NY 10119-0165

David Erwin High
LAW OFFICE OF DAVID HIGH
Court Square Building
300 James Robertson Parkway
Second Floor
Nashville, TN 37201

Joe G. Hollingsworth
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, DC 20005

Marshall Ray Hurley
MARSHELL HURLEY PLLC
Gateway Business Center
2400 Freeman Mill Road
Suite 300
Greensboro, NC 27406

**MDL No. 1842 - Involved Counsel List (CTO-18) (Continued)**

Kenneth J. Ignozzi
DYER GAROFALO MANN & SCHULTZ
131 North Ludlow Street
Suite 1400
Dayton, OH 45402-1110

Charles H Johnson
CHARLES H JOHNSON & ASSOCIATES PA
2599 Mississippi Street
New Brighton, MN 55112-5060

Steven Michael Johnson
JOHNSON LAW FIRM
3437 West 7th Street
Suite 258
Fort Worth, TX 76107

John M. Kvartek
CLARK PARTINGTON HART LARRY BOND & STACKHOUSE
125 West Romano Street
Suite 800
P.O. Box 13010
Pensacola, FL 32591-3010

Chris M. Limberopoulos
LIMBEROPOULOS LAW FIRM PA
400 North Ashley Drive
Suite 2150
Tampa, FL 33602

Carl P. McDonald
GODDARD & GAMBLE
101 West Broadway
Suite 208
First Tennessee Bank Building
Maryville, TN 37801-4703

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
2nd Floor
P.O. Box 6067
Providence, RI 02940-6067

Cathy H. Morton
NICHOLSON & MORTON
609 Smithview Drive
Maryville, TN 37803

Melanie H. Muhlstock
PARKER WAICHMAN & ALONSO LLP
111 Great Neck Road
1st Floor
Great Neck, NY 11021-5402

Kyle A. Silvers
SHINDLER NEFF HOLMES SCHLAGETER & MOHLER
1200 Edison Plaze
300 Madison Avenue
Toledo, OH 43604